UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVIER MEDINA ALMANZA, et al.,

                Plaintiffs,

v.

ALEJANDRO MAYORKAS, et al.,

                Defendants.

_____/

Case No. 1:23-cv-00844
Hon. Jane M. Beckering
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## **ORDER**

Upon consideration of the parties' Stipulation to Dismiss Case (ECF No. 38), and the Court being fully advised in the premises, the Stipulation is granted. Accordingly:

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and without costs to any party.

Dated: September 26, 2024

        /s/ Jane M. Beckering
        JANE M. BECKERING
        United States District Judge